IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : <br> : <br> Plaintiff, : <br> : **CIVIL ACTION** <br> v. : <br> : <br> **ROBERT BENTLEY,** : **No. 01-5366** <br> **BENTLEY FINANCIAL SERVICES, INC.,** : <br> **ENTRUST GROUP,** : <br> : <br> Defendants. : | |

# ORDER

**AND NOW**, this 16th day of September, 2013, upon careful and independent consideration of the "Receiver's Application for Approval of Fees, Costs and Expenses Paid from April 1, 2012 through April 24, 2013" (Doc. No. 310), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that "Receiver's Application for Approval of Fees, Costs and Expenses Paid from April 1, 2012 through April 24, 2013" is **APPROVED**.

                                                      **BY THE COURT:**

                                                      **/s/ Mitchell S. Goldberg**
                                                      _____
                                                      **Mitchell S. Goldberg, J.**