# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 01-5366 |
| **ROBERT BENTLEY,** **BENTLEY FINANCIAL SERVICES, INC.,** **ENTRUST GROUP,** | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 26th day of June, 2017, upon consideration of the "Receiver's Amended Report and Application for Approval of Fees, Costs and Expenses through December 31, 2016" (Doc. No. 363), which was filed under seal, and after review of the Report and Recommendation prepared by U.S. Magistrate Judge David R. Strawbridge (Doc. No. 365), it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the "Receiver's Amended Report and Application for Approval of Fees, Costs and Expenses through December 31, 2016" is **APPROVED**.

                                          **BY THE COURT:**

                                          **/s/ Mitchell S. Goldberg**
                                          **MITCHELL S. GOLDBERG, J.**