IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** *Plaintiff*, v. **ROBERT BENTLEY, BENTLEY FINANCIAL SERVICES, INC., ENTRUST GROUP,** *Defendants*. | CIVIL ACTION<br><br>No. 01-5366 |

# ORDER

**AND NOW**, this 5th day of April, 2018, upon consideration of the "Receiver's Report and Application for Approval of Fees, Costs and Expenses Through June 30, 2017" (Doc. No. 368), which was filed under seal, and after review of the Report and Recommendation prepared by Magistrate Judge David R. Strawbridge (Doc. No. 372), it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the "Receiver's Report and Application for Approval of Fees, Costs and Expenses Through June 30, 2017" is **APPROVED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**