IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | CIVIL ACTION |
| *Plaintiff*, | |
| | No. 01-5366 |
| v. | |
| **ROBERT BENTLEY, BENTLEY FINANCIAL SERVICES, INC., ENTRUST GROUP,** | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 25th day of March, 2019, upon consideration of the "Receiver's Report and Application for Approval of Fees, Costs and Expenses Through June 30, 2018" (Doc. No. 374), and the supplemental report and memorandum thereto (Doc. Nos. 376, 378), and after review of the Report and Recommendation prepared by Magistrate Judge David R. Strawbridge (Doc. No. 380), it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the "Receiver's Report and Application for Approval of Fees, Costs and Expenses Through June 30, 2018" is **APPROVED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*_____
**MITCHELL S. GOLDBERG, J.**