IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION |
| Petitioner, | : | 01-cv-5366 |
| v. | : | |
| ROBERT L. BENTLEY, BENTLEY FINANCIAL SERVICES, INC. and ENTRUST GROUP, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 4th day of February, 2022, upon consideration of the "Receiver's Report and Application for Approval of Fees, Costs, and Expenses for Period from June 2018 to March 31, 2020" (Doc. 383)[1] and "Receiver's Report and Application for Approval of Fees, Costs, and Expenses for Period from April 1, 2020 to April 30, 2021 (Doc. 384) (collectively "Receiver's Applications") and the supplemental reports and memoranda thereto, and after review of the Report and Recommendation prepared by Magistrate Judge David R. Strawbridge (Doc. 388) it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the Receiver's Applications are **APPROVED**.

BY THE COURT:

/**s**/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.
UNITED STATES DISTRICT JUDGE

---

[1] The Court acknowledges that the Receiver submitted an "Amendment to Receiver's Report and Application for Approval of Fees, Costs, and Expenses Dated April 22, 2020 ECF No. 383" (Doc. 387) that was adopted in Magistrate Judge David R. Strawbridge's Report and Recommendation.